# EXHIBIT 2

MNPD FORM 100
REV. 1-2023
CALEA 42.2.4, 82.2.1, 82.2.4
Ver 2.4.2e

# Incident Report
## Metropolitan Nashville Police Department
### Nashville, Tennessee

| ZONE | RPA | 1. MPD Incident No. |
|---|---|---|
| 125 | 4901 | 2024-0295526 |

## Part 1 Incident

**2. Related Incident:** N/A
**3. Other Police Agency and Case Incident No.:** N/A

| 4. Report Type | 5. Report Date Time | 6. Incident Date Time | Precinct |
|---|---|---|---|
| DISPATCHED | 05/02/2024 22:16 | From: 05/02/2024 16:30<br>To: 05/02/2024 17:00 | WEST |

**7. Reporting/Dispatched Location:** 7022 WESTSIDE CIR, NASHVILLE, TN 37205
**8. Address of Incident:** 7022 WESTSIDE CIR, NASHVILLE, TN 37205

| 1 | 9. Offense Code | 10. Offense Description | 11. Status | 12. Location Type Code |
|---|---|---|---|---|
| | 740 - Matter of Record | MATTER OF RECORD | COMPLETED | RESIDENCE, HOME |

**13. Weapon Code (Enter up to 3):** NONE
**14. Activity Code (Enter up to 3):**

| 15. Hate Crime Suspected | 16. Suspected Gang Activity | 16a. Terrorism Suspected | 16b. Cybercrime Suspected | 17. (For Burglary) Forced Entry | If Hotel/Motel/Rental Storage No of premises entered | 18. (For Burglary/Robbery) Home Invasion? |
|---|---|---|---|---|---|---|
| NO | NO | NO | | | | |

## Part 2 Victim

| Victim | 31. Victim Type | 19. (Last, First, Middle Name or Business Name) | Officer ENO |
|---|---|---|---|
| 1 | INDIVIDUAL (18 AND OVER) | DYER, FARERE | |

**20. Social Security Number:**
**21. Driver's License Number:**
**22. Address of Victim:** Same as Address of Incident Block 8
**Email:**

| 23. Sex | 24. Race | 25. Ethnicity | 27. County Resident | 28. D.O.B. | 29. Age | 29.1. Language |
|---|---|---|---|---|---|---|
| MALE | BLACK OR AFRICAN AM | NOT HISPANIC OR LATI | YES | 07/02/1978 | 45 Y | ENGLISH |

**29.2. Phone Numbers**
Home:   Work:   Cell/Pager: (504) 606-7513

**30. Victim of Offenses:** (Ref Block #9)
**740 - Matter of Record**

**32. Local College Student? (If yes, last name of college/university):** N/A
**33. Employment:** N/A
**34. Domestic Disturbance?:** N/A

**35. Victim to Suspect**
Number: 1   Name: KRAUS, JENNIFER   Relationship: VICTIM WAS STRANGER

| 36. Aggravated Assault/Homicide Circumstances | 37. Negligent Manslaughter | 38. Justifiable Homicide |
|---|---|---|

**38.1. Will Victim Prosecute?** NO
**38.2. Can ID Suspect:** NO

**123. Signature of Recipient/Authorizer:** N/A
**127. Advisory Notice Issued:** CITIZEN INFORMATION NOTICE

## Part 3 Suspect

| Suspect | 92. (Last, First, Middle Name) | 94. SSN and/or Driver's License Nbr. |
|---|---|---|
| 1 | KRAUS, JENNIFER | Unknown |

**93. Address of Suspect:** 474 JAMES ROBERTSON PKWY, NASHVILLE, TN 37218
**95. Phone Number:** (615) 336-2312

| 97. Sex | 98. Race | 99. Ethnicity | 100. D.O.B. | 101. Age | 104. Height | 105. Weight |
|---|---|---|---|---|---|---|
| FEMALE | WHITE | UNKNOWN | Unknown | Unknown | | lbs |

| 106. Hair | 107. Eyes |
|---|---|
| BLACK | UNKNOWN |

| 108. Scars and Other Identifiers | 109. Clothing |
|---|---|
| | |

| 102. Suspected of Using | 103. Status (Enter up to 2) |
|---|---|
| N/A | AT LARGE |

96. Weapon/Tool (Enter up to 3)
NONE

110. Vehicle Used
None

| Year | Make | Model | Body | Color | License Plate Number | State | Year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Part 4 Other Person**   N/A

**Part 5 Property**   N/A

60. If Offense was arson and Property was structure, was the structure occupied?

Complete Items 50-58 and 81-84 for Drug/Narcotic Violation

**Drugs**   N/A

**Part 6 Injury and Transport**   N/A

**Part 7 Search by Officer**   N/A

**Part 8 Other Units Requested**   N/A

| 113. I.D. Section Called to Scene | Yes for: | Other: |
|---|---|---|

| Part 9 LEOKA | 115. Police Assault Cleared | 116. First Weapon Encountered | 117. Type of Activity |
|---|---|---|---|
| 118. Officer Assignment | 119. LEOKA Incident Type | | |

**Part 10 Narrative**   120.

Officers were dispatched to 7022 Westside Cir for a call to service on 05/02/2024. On scene Officers spoke with Mr. Dyer who stated he had worked for a health clinic in the Nashville area. Mr. Dyer stated the clinic that he used to work for is being investigated by channel 5 news. Mr. Dyer stated he has been contacted multiple times by Mrs. Kraus an affiliate at the news station for a statement on the story they plan to run on the clinic. Mr. Dyer stated he had refused Mrs. Kraus on multiple occasions and differed her to his lawyer for a statement. Mr. Dyer stated he was home earlier in the day on 05/02/2024 when he had spotted a channel 5 news van outside of his residence and Mrs. Kraus actively filming a news story outside of his home. Mr. Dyer stated he was worried about maintaining privacy for himself, his wife and his children. Mr. Dyer stated he contacted his lawyer and his counsel advised him to make a report with police.

120.1 Fingerprints Lifted:   NO

121. Body Worn Camera or In-Car Camera Evidence May Exist Related To This Incident:   Yes

122. Report is Continued on:   N/A   (Check all that apply)

130. Primary Investigative Unit: **WEST INVESTIGATIONS**   Reporting Agency: **METROPOLITAN NASHVILLE POLICE DEPARTMENT**

| 128. Case Status: | Cleared by Exception: | | | | |
|---|---|---|---|---|---|
| UNFOUNDED | | | | | |
| 124. Reporting Officer (First, MI, Last) | | Employee No. | Agency | Radio Call Sign | District |
| William   McPeak | | 4009210 | TN0190100 | 121B | |
| 125. Approving Supervisor | | Employee No. | Agency | | |
| Michael   Hunnicutt | | 570084 | TN0190100 | | |
| 126. Data Entry | | Employee No. | Agency | Date | |
| Dalton   Anderson | | 200015 | TN0190100 | 05/03/2024 | |

Comments

**Crime Scene Photos**